LITTLE v. ATKINSON

No. 79P00

Case below: 136 N.C.App. 430

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

MULTIMEDIA PUBL'G OF N. C., INC. v.
HENDERSON COUNTY

No. 116P00

Case below: 136 N.C.App. 567

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

RILEY v. N.C. BD. OF TRANSP.

No. 53P00

Case below: 136 N.C.App. 441

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 2000. Motion by Attorney General to dismiss petition for discretionary review allowed 6 April 2000. Motion by defendant (Eidson) to dismiss petition for discretionary review allowed 6 April 2000.

ROBERTS v. SWAIN

No. 572PA99

Case below: 135 N.C.App. 613

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed as to first issue 6 April 2000. Conditional petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 6 April 2000.

ROYAL v. ARMSTRONG

No. 106P00

Case below: 136 N.C.App. 465

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000. Justices Orr and Martin recused.